United States District Court
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| **Deborah Walton**, | Case No. 1:15-cv-0822-TWP-DML |
| Plaintiff, | |
| v. | |
| **EOS, CCA, et al.**, | |
| Defendant. | |

## Motion to Withdraw Appearance

G. John Cento hereby moves the Court to withdraw his appearance as counsel for Plaintiff Deborah Walton. In support of such Motion, Cento states as follows:

1. On November 28, 2016, Plaintiff terminated Cento's representation by written letter and specifically requested his immediate withdraw from this case.[1]

2. Below is Plaintiff's current contact information:

    Deborah Walton
    12878 Mayfair Lane
    Carmel, IN 46032
    (317) 565-9633

---

[1] A copy of the letter from Plaintiff to counsel is attached as Exhibit 1. The letter has been redacted to protect attorney/client communications referenced therein which took place earlier on the day of the letter was written.

1

3.	Cento has not provided Plaintiff with notice of intent to withdraw pursuant to Local Rule 83-7(c)(2) because Cento's withdraw was specifically demanded by Plaintiff.

Wherefore, Cento respectfully requests that the Court withdraw Cento's appearance as counsel for Plaintiff in this case.

|  | Respectfully submitted,<br><br>*s/ G. John Cento*<br>G. John Cento<br>Cento Law, LLC<br>334 North Senate Avenue<br>Indianapolis, Indiana 46204<br>(317) 908-0678<br>cento@centolaw.com |
|---|---|

## Certificate of Service

I hereby certify that the foregoing was filed electronically this 2nd day of December 2016. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ G. John Cento*
