# Debora Walton

November 28, 2016

Cento Law
334 North Senate Avenue
Indianapolis, IN 46204

RE: Walton *vs* EOS CCA under cause number 1:15-cv-00822-TWP-DML

Dear Mr. John Cento, [Redacted - Attorney Client Communication]

Please submit your motion to withdraw immediately and send me a copy so I can file a motion with the court in the morning.

Cordially,

*[signature]*

Deborah Walton

12878 Mayfair Lane Carmel IN 46032